JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 10-5738-VBF(AJWx)**                              Dated: **March 29, 2011**

Title:    Fred Koja -v- Home Depot USA, Inc., et al.

---

PRESENT: HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

        Joseph Remigio                                    None Present
        Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                      None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER DISMISSING ACTION**


    Pursuant to the Joint Stipulation Regarding Dismissal (dkt. #21), filed by Plaintiff Fred Koja on March 29, 2011, this action is dismissed. All future dates are vacated and this case is closed.

**IT IS SO ORDERED.**

MINUTES FORM 90                          Initials of Deputy Clerk    jre
CIVIL - GEN

-1-